IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DIMITRUK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MORTGAGEIT, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C-12-04117 JSC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE TO STANLEY BURNETT GRANVILLE** |

For the reasons stated at the hearing on the Order to Show Cause ("OSC"), the Court hereby discharges the OSC.

IT IS SO ORDERED.

Dated: February 28, 2013

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE